1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL A. HUNTER,

      Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

      Defendant.

Case No. C12-471-RAJ-JPD

REPORT AND RECOMMENDATION

15      Plaintiff brought this action to seek judicial review of the denial of his application for

16 disability benefits by the Commissioner of the Social Security Administration.  Dkt. 3.  The

17 parties have stipulated that this case should be reversed and remanded for further administrative

18 proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 19.

19      Based on the stipulation of the parties, the Court recommends that this case be

20 REVERSED and REMANDED for further administrative proceedings before an Administrative

21 Law Judge ("ALJ").  On remand, the ALJ shall evaluate plaintiff's impairments, and if

22 necessary, obtain updated medical evidence, including a mental status examination with a mental

23 residual functional capacity assessment.  The ALJ shall give further consideration to plaintiff's

24 exact remaining capabilities and obtain supplemental vocational expert evidence to determine the

REPORT AND RECOMMENDATION
PAGE - 1

effects of plaintiff's work-related limitations on the occupational base.  If the ALJ finds plaintiff

disabled, and also finds evidence of any substance abuse, the ALJ shall conduct further

proceedings, as required, to determine whether any substance abuse is a contributing factor

material to the determination of disability.  Plaintiff may appear and testify at a supplemental

hearing, and submit additional evidence and arguments.  Finally, the parties stipulate that those

aspects of the ALJ's prior decision not specifically addressed here are not being affirmed by the

Court.

A proposed order accompanies this Report and Recommendation.

DATED this 20th day of August, 2012.

James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge