UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL A. HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. C12-471-RAJ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

Having considered the parties' stipulation to remand and the Report and Recommendation ("R&R," Dkt. # 20) of the Honorable James P. Donohue, the court orders as follows:

(1) The court adopts the R&R, reverses the final decision of the Commissioner, and remands this matter to the Social Security Administration for further administrative proceedings consistent with the R&R.

(2) The clerk shall enter judgment for the Plaintiff and send copies of this Order to the parties and to Judge Donohue.

DATED this 27th day of August, 2012.

The Honorable Richard A. Jones
United States District Court Judge

ORDER
PAGE - 1